STATE OF NEW JERSEY v. DAVID VERNON MASER.

June 21, 1988.

Petition for certification denied.

STATE OF NEW JERSEY v. DANIEL BYNUM.

June 21, 1988.

Petition for certification denied.

STATE OF NEW JERSEY v. GEORGE BRATSENIS.

June 21, 1988.

Petition for certification denied.

STATE OF NEW JERSEY v. JOHN PAUL BOSKO.

June 21, 1988.

Petition for certification granted, and the matter is summarily remanded to the trial court for reconsideration of defendant's sentence in light of *State v. Kruse*, 105 *N.J.* 354 (1987).

Jurisdiction is not retained.